UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tommy Schuette,

                Plaintiff(s),

v.                                     Case No. 4:18−cv−10497−SDD−RSW
                                             Hon. Stephanie Dawkins Davis

Steven P. Rand, et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Whalen pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

**ADDITIONAL INFORMATION:** Settlement Conference to be held by February 11, 2021.

                                                 s/Stephanie Dawkins Davis
                                               Stephanie Dawkins Davis
                                               United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                 s/T. Hallwood
                                               Case Manager

Dated:   December 23, 2020