UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY SCHUETTE, | Case No. 18-10497 |
| Plaintiff, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| STEVEN P. RAND, *et al.*, | R. Steven Whalen |
| Defendants. | United States Magistrate Judge |
| _____/ | |

## ORDER SETTING TRIAL DATE AND RELATED DEADLINES

The following dates will govern the future course of this case:

| SUMMARY OF DEADLINES | |
|---|---|
| EVENT | DEADLINE |
| Settlement Conference (to be held by Magistrate Judge R. Steven Whalen) | To be held by February 11, 2021 |
| Joint Final Pretrial Order | February 16, 2021 |
| Motions in Limine | February 16, 2021 |
| Final Pretrial Conference | March 2, 2021 at 3:00 p.m. |
| Jury Trial | March 16, 2021 at 9:00 a.m.[1] |

**IT IS SO ORDERED**.

Date: December 23, 2020         s/Stephanie Dawkins Davis
                                Stephanie Dawkins Davis
                                United States District Judge

---

[1] This trial date is subject to reopening of the Court pursuant to the administrative orders of the Chief Judge.