UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMY J. SCHUETTE,
    Plaintiff,

Case No. 18-10497

vs

Hon. Linda V. Parker

STEVEN P. RAND, in his individual
and official capacities, and
JACKSON COUNTY,
    Defendants.
_____

| James K. Fett (P39461) | Bonnie G. Toskey (P30601) |
| --- | --- |
| FETT & FIELDS, P.C. | Sarah K. Osburn (P55539) |
| Attorney for Plaintiff | COHL, STOKER & TOSKEY, P.C. |
| 407 N. Main St., 2nd Floor | Attorneys for Defendant Jackson Co. |
| Ann Arbor, MI 48104 | 601 N. Capitol Ave. |
| (734) 954-0100 | Lansing, MI 48933 |
| jim@fettlaw.com | (517) 372-9000 |
| | btoskey@cstmlaw.com |
| | sosburn@cstmlaw.com |

## STIPULATION AND ORDER TO DISMISS

**NOW COME** the parties through their respective Attorneys and hereby stipulate and agree to dismiss the Complaint filed by Plaintiff against Defendants Steven P. Rand, in his individual and official capacities, and Jackson County with prejudice and without costs to either party.

| FETT & FIELDS, PC | COHL, STOKER & TOSKEY, P.C. |
| --- | --- |
| By: /s/ James K. Fett | By: /s/ Bonnie G. Toskey |
|   James K. Fett (P39461) |   Bonnie G. Toskey (P30601) |
|   Attorneys for Plaintiff |   Attorneys for Defendant |
| Date: June 9, 2023 | Date: June 9, 2023 |

## **ORDER OF DISMISSAL**

Upon review of the above Stipulation of the parties, and the Court being fully advised,

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff against Defendants Steven P. Rand, in his individual and official capacities, and Jackson County with prejudice and without costs to either party.

This Order resolves the last pending claim and closes the case.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: June 9, 2023

N:\Client\Jackson\Commissioners\Litigation\Schuette v Rand et al 18-cv-10497-LJM-SDD (MMRMA)\Pleadings\Stipulation and Order to Dismiss.docx